**Exhibit 1**

April 10, ~~March 30,~~ 2021

**Cindie Slightam, MPH, BS**

Project Staff
VA Palo Alto Health Care System, Palo Alto, CA
3801 Miranda Ave
Ci2i, MPD 152
Palo Alto, CA, 94304-1290
650-493-5000 x27155

Dear Sir/Madam,

We, at the Genocide Prevention in Ethiopia (GPE) Inc.a legally registered entity in Dover, Delaware (EIN: 85-4123186), are extremely distressed by your employee, **Tolessa Gurmessa**, MD. Dr. Gurmessa is an Ethiopian-American of Oromo origin who works at your facility as a data analyst. We have learned that he openly supports genocide, glorifying torture, lynching, massacre, and ethnic cleansing of Amhara ethnic groups in Oromia Region of Ethiopia. He also called for a terrorist activity against a US-friendly country, Ethiopia.

As you might have been aware, Ethiopia is currently experiencing instability because of a civil war and due to widespread ethnic based targeted attacks by the outlawed Oromo Liberation Army, OLA, an ethnic based rebel group that is split from the Oromo Liberation Front, OLF. A case in point is the Amhara ethnic group in Wollega province of Western Ethiopia where OLA is operating. In this province the Amharas have been attacked by OLA in gruesome ways, subjected to lynching, uprooting and atrocities the likes of which we have seen in the 1930's Europe.

As we demonstrated in Exhibits 1-3, **Tolessa Gurmessa**, has been supporting and encouraging the ethnically motivated massacre of Amhara Ethiopia and openly demonstrated his contempt for human dignity and life:

- Accordingly, on Friday, March 26, 2021, there were widely circulated pictures and videos of one the Amhara farmers, along with his young child, abducted, humiliated, and finally beheaded by OLA militias, who took the pictures and videos before the beheading. The only crime of this Amhara farmer and his son is being an Amhara and being in the wrong place, Wollega province, where an Amhara person is considered as an enemy.

1

> In the picture, the Amhara farmer was made to kneel while being taunted by heavily armed militants before he was beheaded on camera, just like ISIS did. **Tolessa Gurmessa** not only shared the inhuman tortures act of OLA, in his Private Facebook account, but also wrote the following commentary on the same day the rebel group released the graphic image:
>
>> ***"Wait, why did they give him a cushion for his knees? Stop the madness. Make him kneel on the fucking gravel"*** (See Exhibit 2)

This commentary of Dr. **Tolessa Gurmessa** shows he was not satisfied with the level of cruelty that his ethnic militants exhibited.

- **Denigrating Women: On December 25, 20202** Dr. **Gurmessa** referred, the President of Ethiopia, a woman in a derogatory manner because she made a statement that condemned ethnically motivated killings and urged people to condemn the killing of civilians, women, and children. In a reply, Mr Gurmessa wrote: "T*his racist bitch is the worst*". (see Exhibit 3)

- Because of the unbounded hatred he has for his country of birth, Dr. **Gurmessa** also stated his wish that Egypt would bomb the Ethiopian Dam on the Nile, basically calling for and inciting a terrorist activity. This 4.5 Billion Dollars dam project has been built with the toil and sweat of Ethiopia's many ethnic groups from its very inception ten years ago. (see Exhibit 4).

We are fully cognizant of the First Amendment Rights and the right to express opinions, but we are also mindful of VA's core values and characters. *For example, on integrity, VA states:*

> ***"VA employees will act with high moral principles, adhere to the highest professional standards, and maintain the trust and confidence of all with whom they engage."***

Given the above, just based on samples of his expressions and views that we came across, not only he does not exhibit high moral principles, but he also exhibits a decadence of and hatred for people because of their ethnicity. He is encouraging the massacre of more ethnic Amharas and calling for a terrorist activity against a country friendly to the United States.

Therefore, in view of the compelling evidence his support of inhuman treatment of people based on ethnicity, denigrating women, and his zeal for murderous affinity with his Oromo militants, and encouraging torture, we ask the VA to reassess his fitness to work for a government's organization treating and carrying patriots fighting for freedom and against terrorists.

We hope to hear from you sooner with your considered explanations.

With best regards,
GPE executive committee
1221 College Park Dr.
Suite 116, Dover, DE 19904
Email: info@gpethiopia.org

**CC:**

- Cindie Slightam, MPH, Center for Innovation to Implementation, Veterans Affairs Palo Alto Health Care System, Menlo Park, CA, United States.

- Amy J Gregory, BA, Center for Innovation to Implementation, Veterans Affairs Palo Alto Health Care System, Menlo Park, CA, United States.

- Jiaqi Hu, MPH, Center for Innovation to Implementation, Veterans Affairs Palo Alto Health Care System, Menlo Park, CA, United States and Division of Primary Care and Population Health, Stanford University School of Medicine, Stanford, CA, United States.

- Josephine Jacobs, PhD, Center for Innovation to Implementation, Veterans Affairs Palo Alto Health Care System, Menlo Park, CA, United States.

- Rachel Kimerling, PhD, Center for Innovation to Implementation, Veterans Affairs Palo Alto Health Care System, Menlo Park, CA, United States and National Center for Post-Traumatic Stress Disorder, Veterans Affairs Palo Alto Health Care System, Menlo Park, CA, United States.

- Daniel Blonigen, PhD, MPH, Center for Innovation to Implementation, Veterans Affairs Palo Alto Health Care System, Menlo Park, CA, United States.

- Donna M Zulman, MSc, MD, Center for Innovation to Implementation, Veterans Affairs Palo Alto Health Care System, Menlo Park, CA, United States and Division of Primary Care and Population Health, Stanford University School of Medicine,

Stanford, CA, United States.

4

Exhibits 1: Screenshot of Mr Gurmessa FB and Twitter accounts on March 26, 2021



5

**Exhibits 2: Video of Ethnic Amhara farmer being hacked to death, along with his young child, by Mr Gurmessa's ethinc keen, Oromo militants, 2021**



09:24

**Tolessa Gurmessa**
17 tim

Wait, why did they give him a cushion for his knees? Stop the fucking madness. Make him kneel on the fucking gravel.

**Wazir Ahmed** 20 tim

#dhiitee kufaa qacam WBO barbachaa demtee hin batuu achumatii haftaa

Visa översättning

8        1 delning

Gilla        Dela

**Exhibits 3: Denigrating Ethiopia's President Sahle Work Zewide, Tweet on Dec 25, 2020**



Exhibit 4: Calling Egypt to bomb the Ethiopian Dam on the Nile under construction



# Tolessa Gurmessa
@tolessag

Vote him out on November 3, 2020

◎ USA    ▦ Joined November 2011

126 Following   1,269 Followers

 Followed by Professor Senait Fisseha, Addis Standard, and Tom Gardner

Tweets    Tweets & replies    Media    Likes

 Tolessa Gurmessa @tolessag · 2h
If I were Egypt, I'd bomb that dam. #Ethiopia

♡ 19    ↻ 10    ♡ 13    ↑

10

**Exhibit 2**



7018 1130 0002 1198 5177

**POSTAL SERVICE®** | **ORITY® MAIL**



U.S. POSTAGE PAID
PM 2-Day
SPRINGFIELD, VA
22152
APR 10, 21
AMOUNT
$14.40
1006  94304

THIS MAILING ENVELOPE IS IDEAL FOR MAILING GREETING CRDS, GIFT CARDS, AND MORE.

PRESS FIRMLY TO SEAL                                    PRESS FIRMLY TO SEAL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS00001000027

EP14GT May 2020
OD: 10 x 7

TO:
VA Palo Alto Healthcare System
3801 Miranda Ave
Palo Alto, CA 94304

FROM:
Genocide Prevention in Ethiopia
1221 College Park Dr
Suite 116
Dover, DE 19904

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

**Exhibit 3**

Plaintiff's December 5, 2020 post and comment on Facebook, in which he opposed ethnic Amharas' (fanatically supported by Defendants) lynching ethnic Tigrayans.



1

Plaintiff's February 2, 2021 post and comment on Facebook, in which he shared his opinions about Ethiopia's war in Tigray Region, and his worries about ongoing genocide.



**Tolessa Gurmessa**
February 2

Let's talk Tigray.

Anyone who declares the war in Tigray over is a total fool. Don't listen to them; they are fucking morons.
As some of us have been saying, the worst is yet to come. The bombing and the shelling were the easy parts. The real tragedy is felt when you start putting faces to it. You'd feel it when you see a starving child. You're going to feel it when you see a disabled child—amputee, colostomy, etc.
The international community is noticing. It's nothing short of a genocide.
Eritrea is not going to give up the land it occupied since the war started. If you think the Eritreans are just going to pack up and leave, you're a fool again. You don't understand how important a plot of land is up there.
Abiy and his lackeys think this will blow over. It won't. The reason is simple. The crisis is big. Ethiopia won't be able to handle it by itself. Abiy destroyed the livelihoods of 6 million people. It's not like a switch you can turn on and off. The country has no resources to restore normalcy in Tigray.
Abiy will eventually do the inevitable. Allow the international community to help Tigarus. In the process, they will document the rubble Abiy's tanks left behind—the lives lost—the anguish.
This and other crises in that country will end Abiy's reign soon. He will be a war criminal at the end.

We need to make sure the U.S. holds those who went back to help him in these war crimes accountable.

 and 61 others        11 Comments  8 Shares

2

the lives lost—the anguish.
This and other crises in that country will end Abiy's reign soon. He will be a war criminal at the end.

We need to make sure the U.S. holds those who went back to help him in these war crimes accountable.

👍 ▇▇▇▇▇▇▇▇▇▇▇ and 61 others          11 Comments  8 Shares

👍 Like          💬 Comment          ↗ Share

Newest ▾

Write a comment...

**▇▇▇▇▇▇▇▇▇▇**
Tole, u r biased!! There are talks about war and its consequences. But no talks who started it.
18w

↪ View 4 more replies

**Author**
**Tolessa Gurmessa**
▇▇▇▇▇▇▇▇▇▇ As I said, you're focusing on the trivial part. You don't see the human tragedy. It's fine to adore the African Hitler blindly but the rest of the world sees it differently. Ato Abiy takes the blame because he was the one who mobilized illiterate mob from Gondar to slaughter civilians. Just give it a rest, man.
👍 1
Like · 18w

3

In this February 14, 2021 post on Facebook, Plaintiff explained why he and most Oromos oppose the war in Tigray despite past strained relationships between Oromo and Tigray people, when a group from the latter was in power.

 **Tolessa Gurmessa**
February 14

Here is what friends and foes need to understand:

When we oppose the war in Tigray as Oromo, we considered some factors.
1. War is never an easy solution to a problem, if it ever is a solution.
2. War leaves a devastation behind: children and elderly are the primary victims.
3. Even if the dictator claims victory in the short-term, things will unravel slowly. All regions are going to pay for Tigray's devastation. Their tax revenue and aid money that was to be used for road maintenance or school supplies will be used to feed starving Tigarus. In other words, if your neighbor is poor, you won't be as happy. The said neighbor might steal from you, or poop on your lawn, which could disturb your peace. You may need to feed the said neighbor from time to time.
4. Tigarus are humans—you can't rape, murder and drive them out of their homes because you're mad at some of them. It's tempting to say they never cared about Oromo for the last two decades. While that is true, it should not be basis for supporting a genocide.

We are not naive. We know each and every Tigaru supported TPLF when the latter looted, disappeared, and murdered Oromo People because of their identity. I do not remember any Tigaru speaking up against TPLF's actions in Oromia. I could be wrong.

The bottom line, everyone should speak up against Ato Abiy's war in Tigray. It's misguided. It's meant to maintain one man's interests.

 and 49 others   4 Comments   5 Shares

👍 Like          💬 Comment          ↗ Share

4

In his February 28, 2021 post on Facebook, Plaintiff continued to make clear his opposition to genocide happening in Tigray Region of Ethiopia.



5

**Exhibit 4**

# GENOCIDE PREVENTION IN ETHIOPIA (GPE)

For Immediate Release

We stand with the people of Ethiopia and its courageous national defense force that is bringing to justice the Fascist TPLF criminals that have terrorized the nation and its citizens for more than three decades.

We strongly condemn all internal and external culprits and beneficiaries of the TPLF terrorist group that has committed atrocities against citizens of Ethiopia and the northern military command of the Ethiopian National Defense Force that provided invaluable service to the people of Tigray and the defense of the nation. In equal terms, we condemn all efforts by outside actors attempting to legitimize the terrorist TPLF group by representing it as if it is legitimate enough for a negotiation.

As the focus to mop up and apprehend the TPLF criminals continue in the northern part of the country, we are asking the government of Ethiopia to immediately address the nonstop genocidal attacks against ethnic minorities outside their local regions that is part of a proxy war the TPLF has been waging by its mercenaries.

We encourage the government of Ethiopia to focus on the protection, resettlement, and rehabilitation of all its internally victimized and displaced citizens throughout all the regions of Ethiopia as its priority as well as to bring to justice all culprits of these genocides.

By its own account, the government has admitted there were more than 113 attacks (not conflict) that have taken place on civilians that resulted untold loss of lives and property damages. Evidence in our hands show the nature of the atrocities committed on victims defies all forms of savagery humankind has seen. Furthermore, there is ample evidence the attacks are genocidal targeting the Amharas, Guraghes, Gamos, Konsos and other communities that are believed to share similar cultural, linguistic and religious sentiments as Amahras where they are labeled with the code word "Neftegna" ahead of the attacks.

In no less way than efforts are being made to bring the TPLF to justice, we are demanding the government of Ethiopia brings the OLF terrorist and their leadership who have committed crimes against humanity immediately to justice.

We encourage international journalists, institutions, and all morally conscious, and capable individuals to cease from disinformation campaign against the people of Ethiopia who have immensely suffered under the fascist apartheid dictatorship of ethnic federalism that has brought death to thousands of its citizens and displacements of millions from their rightful place of birth.

We encourage the Ethiopian Government to use the current challenge as an opportunity to undo injustice, and the wrongs of the past to guarantee all its citizens freedom, liberty, justice and individual rights a nation affords its citizens regardless of where they chose to live in the country.

Dover, Delaware
December 3, 2020