IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TOLESSA GURMESSA, )
)
Plaintiff, )
)
v. ) C.A. No. 21-869-RGA
)
GENOCIDE PREVENTION IN ETHIOPIA )
INC., ET AL. )
)
Defendants. )

**AFFIDAVIT OF SENAIT SENAY'S IN SUPPORT OF DEFENDANT'S RENEWED
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

STATE OF MINNESOTA )
) SS:
COUNTY OF RAMSEY )

Senait D. Senay, Ph.D. being duly sworn according to law, deposes and says:

1. I am a resident of the State of Minnesota. I have never resided in the State of Delaware.

2. I have never travelled to or through the State of Delaware for any purpose.

3. I have never transacted any business in (other than the incorporation of GPE described below in paragraph 10), performed any work or services in the State of Delaware, or contracted to supply services or things in the State of Delaware.

4. I have not caused tortious injury in the State of Delaware by an act or omission in the State of Delaware.

5. I do not do or solicit business in, or derive any revenue from services or things used or consumed in the State of Delaware.

1

6. I neither own, use, nor have any interest in any real property in the State of Delaware.

7. I have not contracted to insure or to act as a surety for any person, property, risk, contract, obligation, or agreement located, executed, or to be performed within the State.

8. I am the President and a member of the Board of Directors of Genocide Prevention in Ethiopia, Inc., ("GPE").

9. In my official corporate capacity as an incorporating Director of GPE, I assisted in the logistics of GPE's incorporation as a non-profit entity in Delaware by purchasing Delaware registered agent services on behalf of GPE online and working with an online third party administrator, Swyft Filings, LLC.

10. GPE's Certificate of Incorporation lists several initial directors, myself included, and the same Post Office address for each of us: 3911 Concord Pike #8030, Wilmington, Delaware, 19803. Because none of GPE's initial directors reside or work in Delaware, we purchased this mail forwarding service for GPE for use in connection with its incorporation. This post office box address is not my personal address.

11. GPE is a 501(c)(3) non-profit corporation incorporated in the State of Delaware on October 26, 2020. GPE is a human rights advocacy group established in response to a series of alarming ethnic based civilian massacres in Ethiopia and serves as a voice for those victims of ethnic based violence. Its mission is: to create awareness of the ongoing pocketed genocide in Ethiopia; to prevent the looming large scale Amhara genocide event and other ethnic based atrocities in Ethiopia by collaborating with humanitarian organizations, nations, and concerned citizens of the world; and ultimately to end the barbaric ethnic system and balkanization of Ethiopia, which is creating fertile ground for genocidal events.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief

_____
Senait D. Senay, Ph.D.

SWORN TO AND SUBSCRIBED
Before me this 17th day of May 2022

_____
Notary Public

My Commission Expires: 01/31/2025



NOOR M SYED
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2025

3