IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TOLESSA GURMESSA,               )
                                )
            Plaintiff,          )
                                )
      v.                        )    C.A. No. 21-869-CFC
                                )
GENOCIDE PREVENTION IN          )
ETHIOPIA INC., et al.,          )
                                )
            Defendants.         )

## ORDER

At Wilmington on this Twenty-ninth day of January in 2025, having considered Defendant Genocide Prevention in Ethiopia Inc.'s Motion for Extension of Time to Find Counsel and File a Response (D.I. 98);

It is HEREBY ORDERED that Defendant's Motion for Extension of Time to Find Counsel and File a Response (D.I. 98) is **GRANTED** with the following modification: Defendant Genocide Prevention in Ethiopia Inc. shall have until February 28, 2025 to retain counsel and file a response to Plaintiff's Motion for Summary Judgment. **No further extensions to retain counsel will be granted**. Failure to comply with this order shall be considered a failure to defend.

_____
Chief Judge