IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOLESSA GURMESSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-869-CFC |
| | ) |
| GENOCIDE PREVENTION IN ETHIOPIA | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CLERK'S ENTRY OF DEFAULT

At Wilmington, this Fourteenth day of April 2025;

Plaintiff's Request for Entry of Default (D.I. 97) and the Court docket show that:

1. On November 25, 2024, Plaintiff Tolessa Gurmessa filed a motion for summary judgment on liability of Defendant Genocide Prevention in Ethiopia Inc. (D.I. 96.)

2. A certificate of service on Defendant was included with Plaintiff's motion for summary judgment. (D.I. 96-2.)

3. Pursuant to the Local Rules, a response from Defendant was due December 9, 2024. (Local Rule 7.1.2(b).)

4. On January 29, 2025, the Court granted Defendant an extension of time to find counsel and file a response to Plaintiff's motion for summary judgment. (D.I. 100.)

5. The Court ordered Defendant to retain counsel and file a response by February 28, 2025, and informed Defendant that "[n]o further extensions to retain counsel will be granted." (Id.)

6. To date, Defendant has not retained counsel.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is HEREBY ENTERED against Defendant Genocide Prevention in Ethiopia Inc.

Plaintiff shall serve a copy of this Clerk's Entry of Default upon Defendant Genocide Prevention in Ethiopia Inc. and shall file proof of service regarding the same.

RANDALL C. LOHAN, Clerk of Court

/s/ M. Shyer
By: Deputy Clerk